Official Form 6 - Summary (10/06)

# United States Bankruptcy Court
## For The District Of Delaware

In re _____ **UM Capital, LLC** _____ ,    Case No. _____ 09-10601 _____
         **Debtor**

                                              Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 4 | $ 1,162,500.00 | | |
| B - Personal Property | Yes | 4 | Undetermined | | |
| C - Property Claimed As Exempt | No | N/A | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | $216,396.00 | |
| E. Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $30,212,387.78 | |
| G - Executory Contract and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | N/A | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | N/A | | | $ |
| TOTAL | | 20 | $1,162,500.00 | $30,428,783.78 | |

Form B6A
(10/05)

In re    **UM Capital, LLC**_____, **Case No.**____**09-10601**____
_____Debtor_____                            (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION[1] | AMOUNT OF SECURED CLAIM[2] |
|---|---|---|---|---|
| REO<br>22599 N. Kane Street<br>Detroit, MI  48223 | Ownership/Repossessed Property | | 8,000 | 8,276 |
| REO<br>3229 E. 116th Street<br>Cleveland, OH  44120 | Ownership/Repossessed Property | | 5,900 | 3,201 |
| REO<br>5771 Alice Lane<br>Theodore, AL  36582 | Ownership/Repossessed Property | | 6,000 | 343 |
| REO<br>214 N. 16th Street<br>Terre Haute, IN  47807 | Ownership/Repossessed Property | | 6,000 | 3,524 |
| REO<br>102 McClellan Street<br>Talladega, AL  35160 | Ownership/Repossessed Property | | 13,000 | 172 |

---

[1]  Value is based on most recent quick sale value appraisal which may or may not reflect current value
[2]  Estimated as of the Petition Date and subject to challenge/dispute.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION[1] | AMOUNT OF SECURED CLAIM[2] |
|---|---|---|---|---|
| REO<br>3821 E. 153rd Street<br>Cleveland, OH 44128 | Ownership/Repossessed Property | | 3,500 | 5,746 |
| REO<br>225 E. Mayfield Street<br>Philadelphia, PA 19134 | Ownership/Repossessed Property | | 7,000 | 3,500 |
| REO<br>2616 Country Glade Drive<br>Cordova, TN 38016 | Ownership/Repossessed Property | | 129,900 | 5,071 |
| REO<br>434 Pierce Street<br>Gary, IN 46402 | Ownership/Repossessed Property | | 7,000 | 2,986 |
| REO<br>3249 Kildare<br>Cleveland, OH 44118 | Ownership/Repossessed Property | | 29,000 | 15,668 |
| REO<br>1858 Main Street<br>Allenport, PA 15412 | Ownership/Repossessed Property | | 9,000 | 1,129 |
| REO<br>20156 Rogge<br>Detroit, MI 48234 | Ownership/Repossessed Property | | 9,900 | 7,870 |
| REO<br>984 N. Howard Street<br>Akron, OH 44310 | Ownership/Repossessed Property | | 26,000 | 3,747 |
| REO<br>202 E. Broadway Street<br>Mishawaka, IN 46545 | Ownership/Repossessed Property | | 30,000 | 2,385 |
| REO<br>1055 Sunset Avenue<br>Cincinnati, OH 45205 | Ownership/Repossessed Property | | 24,900 | 2,197 |
| REO<br>2065 Beechmont Street<br>Keego Harbor, MI 48320 | Ownership/Repossessed Property | | 46,000 | 3,986 |

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION[1] | AMOUNT OF SECURED CLAIM[2] |
|---|---|---|---|---|
| REO 207 Whitfield Street Abardeen, MS 39730 | Ownership/Repossessed Property | | 16,500 | 415 |
| REO 855 E. 13th Avenue Columbus, OH 43211 | Ownership/Repossessed Property | | 15,000 | 1,393 |
| REO 1843 Woodland Drive Columbiana, OH 44408 | Ownership/Repossessed Property | | 38,000 | 2,148 |
| REO 116 N. 35th Street Louisville, KY 40212 | Ownership/Repossessed Property | | 32,000 | 1,319 |
| REO 244 Jamison Place Reading, PA 19601 | Ownership/Repossessed Property | | 67,000 | 5,811 |
| REO 20 S. Main Street Jeffersonville, OH 45459 | Ownership/Repossessed Property | | 62,000 | 2,793 |
| REO Route 1, Box 374 Newton, MS 39354 | Ownership/Repossessed Property | | 60,000 | 751 |
| REO 3727 Gaywood Ft. Wayne, IN 46806 | Ownership/Repossessed Property | | 8,000 | 796 |
| REO 613 SW Sedalia Place Lawton, OK 73501 | Ownership/Repossessed Property | | 35,500 | 462 |
| REO 202 Texas Street Esterwood, LA 70534 | Ownership/Repossessed Property | | 23,000 | 400 |
| REO 60 Bailey Lane Morgantown, IN 46160 | Ownership/Repossessed Property | | 69,900 | 924 |

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION[1] | AMOUNT OF SECURED CLAIM[2] |
|---|---|---|---|---|
| REO<br>401 Ghent Street<br>Windsor, NC 27983 | Ownership/Repossessed Property | | 24,000 | 240 |
| REO<br>5721 4th Street NW<br>Washington, DC 20011 | Ownership/Repossessed Property | | 350,000 | 128,728 |
| | Total ➤ | | 1,162,500 | 215,981 |

(Report also on Summary of Schedules.)

2765661.3

IN RE __UM Capital, LLC_____,                    Case No. _____09-10601_____
          **Debtor**                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

      **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | x | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account no. 2000024773560 – Wachovia Bank N.A. 301 South College Street – NC0610 Charlotte, NC 28288 Lockbox account no. 2000024773528 - Wachovia Bank, NA P.O. Box 601012 Charlotte, NC  28260-1012 | | $1,357.83<br><br>Undetermined |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | x | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | x | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | x | | | |
| 6. Wearing apparel. | x | | | |
| 7. Furs and jewelry. | x | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | x | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | See Attached Schedule 9B | | |
| 10. Annuities. Itemize and name each issuer. | x | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s).  11 U.S.C. § 521(c); Rule 1007(b)). | x | | | |

IN RE __UM Capital, LLC_____,                              Case No. _____09-10601_____
                   **Debtor**                                                                                                  **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Award of attorneys fees in favor of defendants in case captioned Choi v. Rescomm Holdings LLC, *et al.* | | Undetermined |
| 19. Equitable or future interests, life estates, and rights or powers exercise-able for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

IN RE __UM Capital, LLC_____,
                 Debtor

Case No. _____09-10601_____
                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Names and mailing addresses of counterparties to various loans previously owned by debtor | | Undetermined |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

___2___ continuation sheets attached
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Total ➤  | $

2733910.3

UM Capital, LLC
Case No. 09-10601 (CSS)
Schedule B – Attachment for Item 9

NAME INSURANCE COMPANY OF EACH POLICY AND ITEMIZE SURRENDER OR REFUND VALUE OF EACH

| Policy Type | Limits | Policy Term | Insurer | Policy Number |
|---|---|---|---|---|
| Property – Forced Placed (Blanket Coverage) | Varies based on property value | 4/1/08 – 4/1/09 | Lloyd's/Insurmark/Financial & Professional Risk Solutions | IN00163 - RC |

27677752

B 6D (Official Form 6D) (12/07)

In re      UM Capital, LLC                                    ,        Case No.        09-10601 (CSS)
                          **Debtor**                                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐      Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL[1] | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Acadia Co. Parish Tax Collector<br>PO Box 600<br>Crowley, LA 70527 | | | Taxing Authority<br>202 Texas Street<br>Esterwood, LA 70534<br><br>VALUE $23,000.00 | X | | X | 400.00 | Undetermined |
| ACCOUNT NO.<br>Allen Co. Treasurer<br>1 East Main Street, Room 100<br>Fort Wayne, IN 46802 | | | Taxing Authority<br>3727 Gaywood<br>Ft. Wayne, IN 46806<br><br>VALUE $8,000.00 | X | | X | 796.00 | Undetermined |
| ACCOUNT NO.<br>Bertie Co. Tax/Mapping Office<br>PO Box 527<br>Windsor, NC 27983 | | | Taxing Authority<br>401 Ghent St.<br>Windsor, NC 27983<br><br>VALUE $24,000.00 | X | | X | 240.00 | Undetermined |
| ACCOUNT NO.<br>Brown Co. Treasurer<br>PO Box 98<br>Nashville, IN 47448 | | | Taxing Authority<br>60 Bailey Lane<br>Morgantown, IN 46160<br><br>VALUE $69,900.00 | X | | X | 924.00 | Undetermined |
| ACCOUNT NO.<br>City of Abardeen<br>125 W. Commerce<br>Abardeen, MS 39730 | | | Taxing Authority<br>207 Whitfield St.<br>Abardeen, MS 39730<br><br>VALUE $16,500.00 | X | | X | 415.00 | Undetermined |
| ACCOUNT NO.<br>Columbiana Co. Auditor<br>105 S. Market Street<br>Libson, OH 44432 | | | Taxing Authority<br>1843 Woodland Dr.<br>Columbiana, OH 44408<br><br>VALUE $38,000.00 | X | | X | 2,148.00 | Undetermined |

---

[1]   Estimated as of Petition Date and subject to challenge/dispute.

2768255.1

Official Form 6D (10/06) – Cont.

In re    UM Capital, LLC                                    ,    Case No.    09-10601 (CSS)
                    Debtor                                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Comanche Co. Treasurer<br>315 SW 5th Street, Room 300<br>Lawton, OK 73501 | | | Taxing Authority<br>613 SW Sedalia Place<br>Lawton, OK 73501<br><br>VALUE $35,500.00 | X | | X | 462.00 | Undetermined |
| ACCOUNT NO.<br>Cuyahoga Co. Treasurer<br>1219 Ontario Street<br>Cleveland, OH 44113 | | | Taxing Authority<br>3229 E. 116th Street<br>Cleveland, OH 44120<br><br>VALUE $5,900.00 | X | | X | 3,201.00 | Undetermined |
| ACCOUNT NO.<br>Cuyahoga Co. Treasurer<br>1219 Ontario Street<br>Cleveland, OH 44113 | | | Taxing Authority<br>3821 E. 153rd Street<br>Cleveland, OH 44128<br><br>VALUE $3,500.00 | X | | X | 5,746.00 | Undetermined |
| ACCOUNT NO.<br>Cuyahoga Co. Treasurer<br>1219 Ontario Street<br>Cleveland, OH 44113 | | | Taxing Authority<br>3249 Kildare<br>Cleveland, OH 44118<br><br>VALUE $29,000.00 | X | | X | 15,668.00 | Undetermined |
| ACCOUNT NO.<br>Franklin County Treasurer<br>373 S. High Street, 17th Floor<br>Columbus, OH 43215 | | | Taxing Authority<br>855 E. 13th Ave.<br>Columbus, OH 43211<br><br>VALUE $15,000.00 | X | | X | 1,393.00 | Undetermined |
| ACCOUNT NO.<br>Govt of Co. of Berks, PA-Treasurer<br>633 Court Street, 2nd Floor<br>Reading, PA 19601 | | | Taxing Authority<br>244 Jamison Place<br>Reading, PA 19601<br><br>VALUE $67,500.00 | X | | X | 5,811.00 | Undetermined |
| ACCOUNT NO.<br>Hamilton Co. Treasurer<br>138 E. Court Street<br>Cincinnati, OH 45202 | | | Taxing Authority<br>1055 Sunset Ave.<br>Cincinnati, OH 45205<br><br>VALUE $24,900.00 | X | | X | 2,197.00 | Undetermined |
| ACCOUNT NO.<br>Jefferson Co. Sheriff<br>531 Court Place, Suite 604<br>Louisville, KY 40202 | | | Taxing Authority<br>116 N. 35th St.<br>Louisville, KY 40212<br><br>VALUE $32,000.00 | X | | X | 1,319.00 | Undetermined |
| ACCOUNT NO.<br>Kemper Co. Tax Assessor's Office<br>PO Box 328<br>Dekalb, MS 39328 | | | Taxing Authority<br>RTE 1, Box 374<br>Newton, MS 39354<br><br>VALUE $60,000.00 | X | | X | 751.00 | Undetermined |
| ACCOUNT NO.<br>Lake Co. Treasurer<br>2293 Main Street<br>Building A, 2nd Floor<br>Crown Point, IN 46307 | | | Taxing Authority<br>434 Pierce St.<br>Gary, IN 46402<br><br>VALUE $7,000.00 | X | | X | 2,986.00 | Undetermined |

Official Form 6D (10/06) – Cont.

In re     UM Capital, LLC                                    ,     Case No.        09-10601 (CSS)
                          Debtor                                                        (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Mobile Co. Revenue Commission<br>3925 Michael Blvd., Suite G<br>Mobile, AL 36609 | | | Taxing Authority<br>5771 Alice Lane<br>Theodore, AL 36582<br><br>VALUE $6,000.00 | X | | X | 343.00 | Undetermined |
| ACCOUNT NO.<br>Monroe Co. Treasurer<br>P.O. Box 684<br>Abardeen, MS 39730 | | | Taxing Authority<br>207 Whitfield St.<br>Aberdeen, MS 39730<br><br>VALUE $16,500.00 | X | | X | 415.00 | Undetermined |
| ACCOUNT NO.<br>Montgomery Co. Treasurer<br>451 W. Third Street<br>Dayton, OH 45422 | | | Taxing Authority<br>20 S. Main Street<br>Jeffersonville, OH 45459<br><br>VALUE $62,000.00 | X | | X | 2,793.00 | Undetermined |
| ACCOUNT NO.<br>Oakland Co. Treasurer<br>1200 N. Telegraph Road<br>Building 12<br>East Pontiac, MI 48341 | | | Taxing Authority<br>2065 Beechmont St.<br>Keego Harbor, MI 48320<br><br>VALUE $46,000.00 | X | | X | 3,986.00 | Undetermined |
| ACCOUNT NO.<br>Office of Tax Collector<br>1350 Pennsylvania Ave., NW, #203<br>Washington, DC 20004 | | | Taxing Authority<br>5721 4th St. NW<br>Washington, DC 20011<br><br>VALUE $350,000.00 | X | | X | 5,453.00 | Undetermined |
| ACCOUNT NO.<br>Philadelphia Board of Revision of Tax<br>601 Walnut Street, 3rd Floor<br>Philadelphia, PA 19106 | | | Taxing Authority<br>225 E. Mayfield St.<br>Philadelphia, PA 19134<br><br>VALUE $7,000.00 | X | | X | 3,500.00 | Undetermined |
| ACCOUNT NO.<br>Private Capital Group<br>2 Jericho Plaza #205<br>Jericho, NY 11753 | | | Taxing Authority<br>5721 4th St NW<br>Washington, DC 20011<br><br>VALUE $350,000.00 | X | | X | 123,275.00 | Undetermined |
| ACCOUNT NO.<br>Shelby Co. Tax Collector<br>160 N. Main, Suite 200<br>Memphis, TN 38103 | | | Taxing Authority<br>2616 Country Glade Dr.<br>Cordova, TN 38016<br><br>VALUE $129,900.00 | X | | X | 5,071.00 | Undetermined |
| ACCOUNT NO.<br>St. Joseph Co. Treasurer<br>PO Box 4758<br>South Bend, IN 46634 | | | Taxing Authority<br>202 E. Broadway St.<br>Mishawaka, IN 46545<br><br>VALUE $30,000.00 | X | | X | 2,385.00 | Undetermined |

2768255.1

Official Form 6D (10/06) – Cont.

In re ___UM Capital, LLC_____,          Case No. _____09-10601 (CSS)____
                    Debtor                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Summit Fiscal Office – Treasurer<br>175 S. Main Street, 3rd Floor<br>Akron, OH 44308 | | | Taxing Authority<br>984 N. Howard St.<br>Akron, OH 44310<br><br>VALUE $26,000.00 | X | | X | 3,747.00 | Undetermined |
| ACCOUNT NO.<br>Talledega Co. Revenue Commission<br>P.O. Box 1119<br>Talladega, AL 35161 | | | Taxing Authority<br>102 McClellan St.<br>Talladega, AL 35160<br><br>VALUE $13,000.00 | X | | X | 172.00 | Undetermined |
| ACCOUNT NO.<br>Vigo County Treasurer<br>191 Oak Street<br>Terre Haute, IN 47807 | | | Taxing Authority<br>214 N. 16th St.<br>Terre Haute, IN 47807<br><br>VALUE $6,000.00 | X | | X | 3,524.00 | Undetermined |
| ACCOUNT NO.<br>Washington Co. Treasurer<br>100 W. Beau Street<br>Suite 102<br>Washington, PA 15301 | | | Taxing Authority<br>1858 Main St.<br>Allenport, PA 15412<br><br>VALUE $9,000.00 | X | | X | 1,129.00 | Undetermined |
| ACCOUNT NO.<br>Wayne Co. Treasurer<br>400 Monroe Street, 5th Floor<br>Detroit, MI 48226 | | | Taxing Authority<br>22599 N. Kane Street<br>Detroit, MI 48223<br><br>VALUE $8,000.00 | X | | X | 8,276.00 | Undetermined |
| ACCOUNT NO.<br>Wayne Co. Treasurer<br>400 Monroe Street, 5th Floor<br>Detroit, MI 48226 | | | Taxing Authority<br>20156 Rogge<br>Detroit, MI 48234<br><br>VALUE $9,900.00 | X | | X | 7,870.00 | Undetermined |

____ continuation sheets
    attached

Subtotal ▶
(Total of this page)

$ _____

$ _____

Total ▶
(Use only on last page)

$216,396.00

Undetermined

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

2768255.1

B 6E (Official Form 6E) (12/07)

In re   **UM Capital, LLC** _____      Case No. _____**09-10601 (CSS)**_____
                           **Debtor**                                                                        **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition . Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Official Form 6E (12/07) – Cont.

In re    <u>UM Capital, LLC</u>                         Case No. _____<u>09-10601 (CSS)</u>_____
                        Debtor                                                (if known)

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_0_   continuation sheets attached

2734212.1

Official Form 6E (12/07) – Cont.

In re    **UM Capital, LLC**                              Case No.         **09-10601 (CSS)**
                    Debtor                                                     (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet _____

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. ___ of _**0**_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals➤ (Totals of this page) | $ | $ |
| Total➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | |
| Totals➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $    $ |

2734212.1

Official Form 6F (12/07)

In re __UM Capital, LLC__                              Case No. ____09-10601 (CSS)____
           Debtor                                                     (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 30426600 <br> Carr Allison <br> 100 Vestavia Parkway <br> Birmingham, AL 35216 | X | | Vendor Payable <br> Legal Services <br> Various Dates | | | | 216.50 |
| ACCOUNT NO. 30040281 <br> David Rawson <br> c/o Scott Remington, Esq. <br> 125 W. Romana Street <br> Pensacola, FL 32505 | | | Litigation Claim | X | X | X | Undetermined |
| ACCOUNT NO. 30334830 <br> Deb. Langehennig, Trustee <br> 3801 Caoital of Texas Hwy S <br> Austin, TX 78704 | | | Repayments Claim | X | X | X | 32,079.00 |
| ACCOUNT NO. 30740650 <br> Financial Asset Services, Inc. <br> 1300 Quail Street, Suite 209 <br> Newport Beach, CA 92660 | X | | Vendor Payable | | X | | 298.75 |

Official Form 6F (12/07)

In re___UM Capital, LLC_____          Case No._____09-10601 (CSS)____
              Debtor                                                     (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Insurmark<br>4 W. Main Street, Suite 600<br>Springfield, OH  45502 | X | | Vendor Payable<br>Forced Placed Insurance for REO property<br>2009 | | | | 933.53 |
| ACCOUNT NO. 30685540<br>Irwin Union Bank & Trust Co.<br>12677 Alcosta Blvd. #500<br>San Ramon, CA  94583 | X | | Indemnification claim | X | X | X | Undetermined |
| ACCOUNT NO. 30426600<br>Melvin Brunson<br>63 S. Royal Street, Ste. 704<br>Mobile, AL 36602 | | | Litigation claim | X | X | X | Undetermined |
| ACCOUNT NO. 30727820<br>Otilia De Santiago<br>8612 Macalpine Road<br>Garden Grove, CA  92841 | | | Litigation claim | X | X | X | Undetermined |
| ACCOUNT NO. 30793030<br>Polk, Prober & Rephael<br>20750 Ventura Blvd., Suite 100<br>Woodland Hills, CA  91364 | X | | Vendor Payable<br>Legal Services<br>Various Dates | | | | 200.00 |
| ACCOUNT NO. 30621620<br>Private Capital Group<br>1 Old Country Road, Suite 330<br>Carle Place, NY  11514 | | | Repurchase claim | X | X | X | 90,000.00 |
| ACCOUNT NO. 30652120<br>Stephan Prescott<br>5721 4th Street, N.W.<br>Washington, D.C.  20011 | | | Litigation claim | X | X | X | Undetermined |
| ACCOUNT NO. 30055060<br>Tiffany Macias<br>7639 Skyway #335<br>Paradise, CA 95969 | | | Litigation claim | X | X | X | Undetermined |
| ACCOUNT NO. 30685540<br>Tom Block<br>PO Box 1398<br>Agoura Hills, CA  91376 | | | Indemnification claim | X | X | X | Undetermined |

Official Form 6F (12/07)

In re __UM Capital, LLC_____          Case No. ____09-10601 (CSS)____
                Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 121208M | | | Vendor Payable Legal Services 11/1/08 – 12/12/08 | | | | |
| Norris, Mclaughlin & Marcus 721 Route 202-206 P.O. Box 1018 Sommerville, NJ 08876-1018 | X | | | | | | 2,358.00 |
| ACCOUNT NO. | | | | | | | |
| United Mortgage & Loan Investment 6701 Carmel Road, Ste. 110 Charlotte, NC 28226 | | | Intercompany payable | | | | 30,086,052.00 |
| ACCOUNT NO. | | | Litigation claim | | | | |
| REO Properties Corp. c/o Andrea D. McNairy 147 North Meramec Suite 200 St. Louis, MO 63105 | | | | X | X | X | Undetermined |
| ACCOUNT NO. | | | Litigation claim | | | | |
| Ciras c/o Stephen Caravajal, Jr. Fisher & Shapiro, LLC 4201 Lake Cook Road Northbrook, IL  60062 | | | | X | X | X | Undetermined |
| ACCOUNT NO. | | | Litigation claim | | | | |
| Rostveit's Country Store c/o John T. Burns P.O. Box 904 Monroe, NC  28111 | | | | X | X | X | Undetermined |
| ACCOUNT NO. | | | Litigation claim | | | | |
| Loen Gibert c/o John A.E. Davidson 2901 Independence Street Suite 201 Metairie, LA | | | | X | X | X | Undetermined |

Official Form 6F (12/07)

In re __UM Capital, LLC_____          Case No. _____09-10601 (CSS)_____
                  Debtor                                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| ACCOUNT NO. | | | | | | | |
|---|---|---|---|---|---|---|---|
| Lawrence Thomas<br>c/o John A.E. Davidson<br>2901 Independence Street<br>Suite 201<br>Metairie, LA | | | Litigation claim | X | X | X | Undetermined |
| ACCOUNT NO. | | | | | | | |
| Lerner Sampson & Rothfuss<br>P.O. Box 1985<br>Cincinnati, OH 45264-1986 | X | | Vendor Payable<br>Legal Services | | | | 250.00 |
| ACCOUNT NO. | | | | | | | |
| Wachovia-Capital Markets, LLC<br>301 S. College St. – NC0610<br>Charlotte, NC 28288 | | | Deficiency claim following<br>11/24/08 F/C sale with<br>respect to loan agmt dated<br>9/30/05 | X | X | X | 0.00 |

  _3_   continuation sheets attached to Schedule F

Subtotals➤ | $

Total➤
(Use only on last page of the completed Schedule F.)
(Report also on the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $30,212,387.78

2733873.4

B6G (Official Form 6G) (12/07)

In re    __UM Capital, LLC_____        Case No._____09-10601 (CSS)_____
                  **Debtor**                                                                **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| US Real Estate Services<br>25520 Commercenter Drive, Ste. 200<br>Lake Forest, CA  92630 | Listing agreement for residential and commercial REO acquired through foreclosure. |
| Nations REO<br>10500 Barkley, Ste. 100<br>Overland Park, KS  66212 | Listing agreement for residential and commercial REO acquired through foreclosure. |
| Devin Cooper<br>4056 Signal Road<br>Columbiana, OH  44408 | Contract for sale of REO property. |
| Rina M. Gomez<br>c/o Bob Gardner<br>2003 W. Market Street<br>Akron, OH  44313 | Contract for sale of REO property. |

2733933.2

B6H (Official Form 6H) (12/07)

In re___UM Capital, LLC_____,        Case No.____09-10601 (CSS)____
       **Debtor**                                                    **(if known)**

## SCHEDULE H – CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR[1] | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Wachovia Capital Markets, LLC<br>301 S. College St. – NC0610<br>Charlotte, NC 28288 | Polk, Prober & Rephael<br>20750 Ventura Blvd., Suite 100<br>Woodland Hills, CA 91364 |
| Wachovia-Capital Markets, LLC<br>301 S. College St. – NC0610<br>Charlotte, NC 28288 | Carr Allison<br>100 Vestavia Parkway<br>Birmingham, AL 35216 |
| United Mortgage & Loan Investment<br>6701 Carmel Road, Suite 110<br>Charlotte, NC 28226 | Insurmark<br>4 West Main Street<br>Suite 600<br>Springfield, OH 45502 |
| United Mortgage & Loan Investment<br>6701 Carmel Road, Suite 110<br>Charlotte, NC 28226 | Financial Asset Services, Inc.<br>1300 Quail Street<br>Suite 209<br>Newport Beach, CA 92660 |
| United Mortgage & Loan Investment<br>6701 Carmel Road, Suite 110<br>Charlotte, NC 28226 | Polk, Prober & Rephael<br>20750 Ventura Blvd.<br>Suite 100<br>Woodland Hills, CA 91364 |
| United Mortgage & Loan Investment<br>6701 Carmel Road, Suite 110<br>Charlotte, NC 28226 | Carr Allison<br>100 Vestavia Parkway<br>Birmingham, AL 35216 |
| United Mortgage & Loan Investment<br>6701 Carmel Road, Suite 110<br>Charlotte, NC 28226 | Norris, McLaughlin & Marcus<br>721 Route 202-206<br>P.O. Box 1018<br>Sommerville, NJ 08876-1018 |
| UM Acquisitions, LLC<br>6701 Carmel Road, Suite 110<br>Charlotte, NC 28226 | Irwin Union Bank & Trust Co.<br>12677 Alcosta Blvd., #500<br>San Ranion, CA 94583 |
| UM Acquisitions, LLC<br>6701 Carmel Road, Suite 110<br>Charlotte, NC 28226 | Tom Block<br>P.O. Box 1398<br>Agoura Hills, CA 91376 |

2733935.4

[1] Note: Listed entity may or may not be liable to creditor.

Official Form 6 - Declaration (12/07)

In re        **UM Capital, LLC**        ,                    Case No.    **09-10601**
                        **Debtor**                                                      (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date_____          Signature:_____
                                                                    Debtor

Date_____          Signature:_____
                                                          (Joint Debtor, if any)
                                                [If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,              Social Security No.
of Bankruptcy Petition Preparer                        (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X_____          _____
   Signature of Bankruptcy Petition Preparer              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the   *Vice President*   (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the  LLC  (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 22 sheets *(total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **3-9-09**                          Signature: _____

                                                          Scott Hoehn
                                                [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

2734225.1