IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| UM CAPITAL, LLC, ) | Case No. 09-10601(CSS) |
| ) | |
| ) | |
| Debtor. ) | |
| ) | |

## GLOBAL NOTES REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

1.  UM Capital, LLC (the "Debtor"), filed its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFAs" and, collectively with the Schedules, the "Schedules and Statements") on March 9, 2009. The Schedules and Statements and these Global Notes (the "Global Notes") were prepared pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure by the Debtor's management. Unless otherwise indicated on the Schedules and Statements or the Global Notes, the information provided is as of February 20, 2009. These Global Notes are incorporated by reference in, and comprise an integral part of, the Schedules and Statements and should be referred to and reviewed in connection with any review of the Schedules and Statements.

2.  On March 9, 2009, Homevest Capital, LLC (Case No. 09-10602) (the "Affiliated Debtor") also filed its respective Schedules of Assets and Liabilities (the "Affiliated Schedules") and Statements of Financial Affairs (the "Affiliated SOFAs" and, collectively with the Affiliated Schedules, the "Affiliated Schedules and Statements").

3.  On February 20, 2009 (the "Petition Date"), the Debtor and the Affiliated Debtor filed voluntary petitions for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

4.  While the Debtor's management has made every reasonable effort to ensure that the Schedules and Statements are accurate and complete, based upon information that was available to them at the time of preparation, inadvertent errors and/or omissions may exist that may result in changes to the financial data and other information contained therein. Accordingly, the Debtor reserves its right to amend the Schedules and Statements as necessary or required. Moreover, because the Schedules and Statements contain unaudited information, there can be no assurance that the Schedules and Statements are complete or accurate.

5.    Disclosures of information in one Schedule, SOFA or attachment, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, SOFA or attachment.

6.    Intercompany payable and receivable balances have been set forth in the Schedules and SOFAs to the best of the Debtor's knowledge, information and belief and in accordance with the Debtor's unaudited accounting records.

7.    The preparation of the Schedules and Statements required the Debtor to make certain estimates and assumptions that may effect the reported amounts of assets and liabilities, and the reported amounts of revenues and expenses. Actual results could differ from those estimates.

8.    The Schedules and Statements have been signed by Scott Hoehn. In reviewing and signing the Schedules and Statements, Mr. Hoehn has necessarily relied upon the efforts, statements and representations of certain other personnel of the Debtor. Mr. Hoehn has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

Dated: March 9, 2009

UM Captial, LLC

_____
Scott Hoehn
Vice-President

2762167.1