APRIL 21, 2009

MR. DAVID D. BIRD, CLERK
US BANKRUPTCY COURT, CLAIMS DEPT.
824 MARKET ST. 3RD FLOOR
WILMINGTON, DE 19801

FILED
2009 APR 29  AM 8: 47
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: CASE NO.: 09-10601-CSS

DEAR MR. BIRD,

I HAVE BEEN IN THE REAL ESTATE BUSINESS SINCE 1979. I BUY TRUST DEED'S THAT HAVE GONE BAD, INDIVIDUALLY OR IN BULK. I WOULD BE INTERESTED IN PURCHASING ANY TRUST DEED'S SECURED BY PROPERTY LOCATED IN CALIFORNIA, ARIZONA, OREGON, WASHINGTON AND NEVADA ON AN INDIVIDUAL BASIS. ON BULK PURCHASES, I WILL LOOK NATIONALLY, WITH AN EMPHASIS ON THE WESTERN STATES.

I APPROACH A PURCHASE AS FOLLOWS. I TAKE THE VALUE OF THE PROPERTY, THEN DEDUCT THE NORMAL COSTS THAT YOU WOULD INCUR TO GO THROUGH THE PROCESS OF FORECLOSING, EVICTING, FIXING UP THE PROPERTY AND SELLING THE PROPERTY THROUGH A REAL ESTATE BROKER. I ALSO INCLUDE THE COST OF CARRYING THE PAYMENTS ON THE SENIOR DEBT, PROPERTY TAX AND FIRE INSURANCE DURING THE FORECLOSURE PROCESS. IN ADDITION TO THESE NORMAL EXPENSES, I ALSO DEDUCT AN AMOUNT EQUAL TO 5% OF THE VALUE OF THE PROPERTY.

I PAY ALL CASH, AND CAN NORMALLY COMPLETE A TRANSACTION WITH IN JUST A FEW DAYS.

BULK PURCHASES WILL TAKE LONGER TO ALLOW FOR DUE DILIGENCE.

I BELIEVE THAT MY APPROACH TO BUYING TRUST DEED'S IS VERY REASONABLE AND THAT YOU WILL FIND ME EXTREMELY RESPONSIVE AND EASY TO DEAL WITH.

I AM ALSO INTERESTED IN BUYING PROPERTIES THAT YOU HAVE TAKEN BACK THROUGH FORECLOSURE AND MY APPROACH TO PURCHASING PROPERTY IS SIMILAR TO ABOVE.

PLEASE CALL ME IF YOU HAVE ANY TRUST DEED'S OR PROPERTIES IN CALIFORNIA, ARIZONA, OREGON, WASHINGTON AND NEVADA THAT YOU WOULD LIKE TO SELL.

SINCERELY,

TOM BLOCK
P. O. BOX 1398
AGOURA HILLS, CA. 91376
(818) 597-0842
FAX (818) 575-9871
E-MAIL (tomblock@charter.net)