**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **IN RE: UM CAPITAL, LLC** : | **BANKRUPTCY NO. 09-10601/CSS** |
| : | **Chapter 7** |
| : | |
| **Debtor.** : | |

## NOTICE OF ABANDONMENT

The following property, set forth in debtor(s) petition is abandoned by the Trustee on the grounds that there are liens against said property of greater value than the property itself and/or attempts at liquidation of same by the Trustee would require a greater expenditure of time and funds than could be realized by the estate.

Unless objections are filed _____ the following are abandoned:

| PROPERTY | VALUE | LIEN HOLDER | AMOUNT OF LIEN | AMOUNT EXEMPT |
|---|---|---|---|---|
| 214 N. 16th Street<br>Terre Haute, IN 47807 | $25.00 | N/A | N/A | $0.00 |

**\*Closing costs exceed value of property**

Effective date of Abandonment is _____ five (5) days after final date for objections.

/s/ *Alfred T. Giuliano*
Alfred T. Giuliano
Trustee-in-Bankruptcy
Berlin Business Park
140 Bradford Drive
West Berlin, New Jersey 08091
856-767-3000

Dated: January 8, 2010