## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UM CAPITAL, INC.,<br><br>　　　　　Debtors. | Case No. 09-10601-CSS<br><br>Chapter 7<br><br>Honorable Christopher S. Sontchi<br><br>Hearing Date: January 16, 2013 at 12:00 p.m.<br><br>Ref No: 458 |

### ORDER GRANTING MOTION OF CHAPTER 7 TRUSTEE TO APPROVE SETTLEMENT BY AND BETWEEN TRUSTEE AND GREGORY FUNDING LLC

Alfred T. Guiliano, in his capacity as Trustee of the Debtor's Estate (the "Trustee"), having moved (the "Motion") this court for an Order pursuant to Federal Rule of Bankruptcy Procedure 9019 authorizing and approving the settlement between the Trustee, and Gregory Funding LLC; and the Motion having come before the court and, after due deliberation having considered any responses or objections thereto, sufficient cause appearing, and it appearing to the Court that the proposed settlement is fair, reasonable and in the best interests of the Debtor's Estate, it is now

**ORDERED**, that the Trustee's Motion is GRANTED; and it is further

**ORDERED**, that the Trustee is authorized to perform all of the obligations and undertakings set forth in the Settlement and such other actions as may be reasonably necessary to effectuate the Settlement; and it is further

**ORDERED,** that the Settlement is hereby approved without fees or costs awarded to any party; and it is further

**ORDERED,** that this Court shall retain jurisdiction over all parties with respect to any matters related to, or arising from, the interpretation of the Settlement or the implementation of this Order.

Dated: this 14th day of January, 2013

_____
The Honorable Christopher S. Sontchi