Printed: 09/30/14 06:22 PM

# Trustee's Compensation

**Debtor:** UM CAPITAL, LLC

**Case:** 09-10601

### Computation of Compensation

| | | | |
|---|---|---|---|
| Total disbursements to other than the debtor are: | | | 135,591.22 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | | | |
| 25% of First $5,000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 45,000.00 | = | 4,500.00 |
| 5% of Next $950,000 | 85,591.22 | = | 4,279.56 |
| 3% of Balance | 0.00 | = | 0.00 |
| | Calculated Total Compensation: | | $10,029.56 |
| | Plus Adjustment: | | 0.00 |
| | Total Compensation: | | $10,029.56 |
| | Less Previously Paid: | | 0.00 |
| | Total Compensation Requested: | | $10,029.56 |

### Trustee Expenses

| | | |
|---|---|---|
| Premium on Trustee's Bond | | 0.00 |
| Travel | 70.0 miles at 56.0 cents per mile | 39.20 |
| Copies | 2204 copies at 10.0 cents per copy | 220.40 |
| Postage | | 0.48 |
| Telephone Charges | | 4.64 |
| Clerical / Secretarial | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Paralegal Assistance | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Supplies / Stationery | | 0.00 |
| Distribution Expenses | | 0.00 |
| Professional Expenses | | 0.00 |
| Parking/Tolls $14.00 / 46 Faxes @ $1.00 | | 60.00 |
| Federal Express | | 148.69 |
| | Subtotal Expenses: | $473.41 |
| | Plus Adjustment: | 0.00 |
| | Total Expenses: | $473.41 |
| | Less Previously Paid: | 0.00 |
| | Total Expenses Requested: | $473.41 |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $10,029.56 as compensation and $473.41 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated: 09/30/14

Signed: _____

Alfred T. Giuliano, Chapter 7 Trustee
Berlin Business Park
140 Bradford Drive
West Berlin, NJ 08091

## APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES

1. Applicant was appointed trustee of this bankruptcy estate on 02/23/09.

2. Applicant has performed all duties of the trustee as prescribed by Section 704 of the Bankruptcy Code.

3. Applicant requests compensation in the amount of $10,029.56 for such services performed in accordance with Section 704 of the Bankruptcy Code.

4. Applicant certifies that the amount requested is not in excess of the limitations prescribed by Section 326 of the Bankruptcy Code.

5. Applicant requests reimbursement in the amount of $473.41 for actual and necessary expenses incurred during the administration of this bankruptcy estate.

6. **COMPUTATION OF COMPENSATION**

Total disbursement to parties in interest, *EXCLUDING DISBURSEMENT TO THE DEBTOR*, are $135,591.22. Pursuant to Section 326 of the Bankruptcy Code, compensation is computed as follows:

Percentages Used for Cases Filed after 10/23/94:

| | | | |
|---|---|---|---|
| 25% on 1st | $ 5,000 | = | $ 1,250.00 |
| 10% on next | $ 45,000 | = | $ 4,500.00 |
| 5% on next | $ 950,000 | = | $ 4,279.56 |
| 3% on balance over | $ 1,000,000 | = | $ 0.00 |
| Total Compensation | | = | $ 10,029.56 |

7. **TRUSTEE EXPENSES ITEMIZATION**

| Description of Expense | Amount of Expense |
|---|---|
| Bond Premium | $ 0.00 |
| Travel – 70 Miles @ $ .56 per Mile | $ 39.20 |
| Copies – 2,204 Copies @ $ .10 per Copy | $ 220.40 |
| Postage | $ .48 |
| Telephone | $ 4.64 |
| Clerical | $ 0.00 |
| Paralegal | $ 0.00 |
| Supplies | $ 0.00 |
| Fax – 46 Faxes @ $1.00 per Fax | $ 46.00 |
| Parking/Tolls | $ 14.00 |
| Federal Express | $ 148.69 |

WHEREFORE, Applicant requests approval of the payment of compensation in the amount of $10,029.56 and reimbursement of expenses in the amount of $473.41.

Dated: _____    _____
Alfred T. Giuliano, Chapter 7 Trustee



## Giuliano Miller & Company, LLC
Berlin Business Park
140 Bradford Drive
West Berlin, NJ 08091
Phone: 856-767-3000    Fax: 856-767-3000

| | |
|---|---|
| UM Capital, LLC<br>C/o Alfred T. Giuliano, Trustee<br>140 Bradford Drive<br>West Berlin, NJ 08091 | *Invoice #:* 22500<br>*Date:* 9/30/2014<br>*Due Date:* 10/30/2014<br>*Client ID:* 73043 |

*Please return top portion with remittance.*    Amount Enclosed $ _____

For professional service rendered as follows:

| Transaction Date | Comment |
|---|---|
| 3/25/09 | Meet w/ Charles re: case background |
| 4/10/09 | meet w/ EAB, AA & RLE re: REO properties; plan |
| 4/21/09 | 341 meeting |
| 4/21/09 | meet w/ RLE re: REO properties |
| 5/29/09 | var emails to/from agent re: offer; counter offer, deposit |
| 6/12/09 | May bank reconciliation |
| 7/6/09 | left VM Carol Williams at PNC requesting check on bank account |
| 7/10/09 | June bank reconciliation |
| 7/24/09 | print out claims registers, notate claim number and put in order |
| 8/7/09 | update Form 1 & 2 |
| 8/13/09 | t/cw/ State of Iowa re: mtge; public nuisance |
| 8/14/09 | July bank reconciliation |
| 8/17/09 | follow up letter to Wachovia, freeze accounts and send check to trustee |
| 8/18/09 | print out claims and put in numeric order |
| 9/8/09 | meet w/ EAB & RLE re: abandonment |
| 9/17/09 | print out claims entered by court |
| 9/18/09 | Aug Bank reconciliation |
| 9/22/09 | copy correspondence and scan to file-send info to CooperLevinsen re Wachovia accts |
| 9/22/09 | var emails re: Columbian sale |
| 10/5/09 | rev deeds, emil etc for Columbiana closing |
| 10/6/09 | rev Wachovia stip; met w/ EAB, RLE |
| 10/9/09 | rev of check; prepare deposit |
| 10/16/09 | Sept bank reconciliation |
| 10/21/09 | rev email re: mgt broker; meet w/ RLE |
| 10/22/09 | email to EAB re: Wachovia offer |
| 11/2/09 | t/cw/ atty re: Wachovia |
| 11/10/09 | rev emails re: Wachovia, REO values |
| 11/13/09 | October bank reconciliation |

Giuliano Miller & Company, LLC

Invoice #: 22500
Client ID: 73043

| Date | Description |
| --- | --- |
| 11/18/09 | email to EAB re: motion to abandon properties |
| 11/21/09 | rev 10/09 B/S & bank rec |
| 12/11/09 | Oct bank reconciliation |
| 12/18/09 | follow up email w/EAB re: status of Wachovia motion |
| 12/22/09 | var emails re: Wahovia motion |
| 12/22/09 | conf call w/ EAB, Anthony D, RLE re: ins loss |
| 12/22/09 | conf call w/ EAB, RLE re: Wachovia motion |
| 1/5/10 | rev docket for motion vs Wachovia email to atty |
| 1/8/10 | Prepare and File (11) Real Estate Abandonments |
| 1/12/10 | t/cw/ Wells Fargo re: settling motion; REO properties |
| 1/15/10 | December bank reconciliation |
| 1/27/10 | rev emails re: Wachovia |
| 1/27/10 | t/cw/ EAB re: Wachovia & Scott H response |
| 1/27/10 | t/cw/ JL re: GE call; forebearance |
| 2/1/10 | conf call w/ Karen T & EAB re: Wachovia settlement |
| 2/7/10 | var emails re: Wachovia; Tenn sale |
| 2/10/10 | Jan bank reconciliation |
| 2/19/10 | t/cw/ EAB & KT re: Wachovia deal |
| 2/24/10 | rev B/S & bank rec |
| 3/13/10 | February bank reconciliation |
| 3/18/10 | rev of stip w/ Wachovia |
| 3/18/10 | rev B/S & Bank recs 2/10 |
| 3/22/10 | rev emails re: settlement w/Wachovia |
| 3/22/10 | t/cw/ atty re: claims notice |
| 3/23/10 | t/cw/ EAB re: structuring settlement w/Wells Fargo |
| 4/13/10 | t/cw/ EAB re: status of settlement w/Wachovia |
| 4/27/10 | t/cw/ EAB re paragraph 4 |
| 4/27/10 | March bank reconciliation |
| 5/25/10 | t/cw/ Mishawaka re: neighborhood stabilzation fund |
| 5/26/10 | April bank reconciliation |
| 6/2/10 | var emails re: Wells Fargo; Tenn sale |
| 6/9/10 | t/cw/ EAB re: finalizing stip |
| 6/16/10 | rev of revised settlement |
| 6/20/10 | t/cw/ atty re: stip |
| 6/20/10 | rev of title searhes, revised stip |
| 6/22/10 | emails re: municipal lien's |
| 6/24/10 | final review of Wachovia agreement; email to EAB |
| 6/26/10 | May bank reconciliation |
| 7/4/10 | t/cw/ EAB re: status of Wachovia motion |
| 7/4/10 | rev emails from EAB re: status of Wachovia motion |

Giuliano Miller & Company, LLC

| | Invoice #: | 22500 |
|---|---|---|
| | Client ID: | 73043 |

| Date | Description |
|---|---|
| 7/7/10 | update Form 1 |
| 7/15/10 | June bank reconciliation |
| 8/13/10 | July bank reconciliation |
| 8/31/10 | review correspondence & organize |
| 9/1/10 | review correspondence & organize |
| 9/3/10 | Follow up with bank regarding receipt of wire re: Wells Fargo |
| 9/7/10 | Input insurance information into excel spreadsheet for review |
| 9/7/10 | review correspondence & organize |
| 9/7/10 | emails re: wire/deeds |
| 9/10/10 | rev deed |
| 9/17/10 | Aug bank reconciliation |
| 9/29/10 | rev August bk statement & bank rec |
| 10/15/10 | Sept bank reconciliation |
| 10/18/10 | Prepare and File (10) Notice of Abandonments |
| 10/18/10 | rev deeds, sign |
| 10/18/10 | review correspondence & organize |
| 10/19/10 | Prepare and File (8) Withdraw of Abandoments Pursuant to Clerk's Request |
| 10/20/10 | Prepare and File Combined Amended Abandonment Pursuant to Clerk's Request |
| 10/20/10 | Provide Form I & II (RE) |
| 10/22/10 | var t/cw/ creditors noticed on abandonment |
| 10/25/10 | phone messages |
| 10/26/10 | phone calls re: notice of abandonment |
| 10/27/10 | answer calls, return messages |
| 10/28/10 | phone calls and return messages re: notice of abandonment |
| 10/28/10 | answer phones, pickup messages and return calls |
| 11/1/10 | Print settlement agreements in Adversary Cases |
| 11/2/10 | Listen to 126 messages, return phone calls |
| 11/3/10 | Listen to messages, return calls, answer phones |
| 11/4/10 | Listen to messages, 75, return calls Re: Notice |
| 11/5/10 | pick up messages, return calls, answer call re: Notice of Abandonment |
| 11/9/10 | pickup messages and return calls |
| 11/10/10 | Pick up 40 messages recording phone #'s & names |
| 11/10/10 | Reply: correspondence re: Notice of Abandonment |
| 11/10/10 | Return phone calls 71 messages/pick up 12 additional messages |
| 11/11/10 | Oct bank reconciliation |
| 11/12/10 | pick up messages and return calls 14 |
| 11/15/10 | Phone calls and return messages regarding notice of abandonment |
| 11/17/10 | telephone calls and messages re: notice of abandonment |
| 11/22/10 | review correspondence & organize |
| 11/29/10 | review correspondence & organize |

Giuliano Miller & Company, LLC

| | | Invoice #: | 22500 |
|---|---|---|---|
| | | Client ID: | 73043 |

| Date | Description |
|---|---|
| 12/1/10 | Answer calls and return messages notice of abandonment |
| 12/2/10 | return messages, answer calls |
| 12/6/10 | Prepare and File (1) Withdraw of Abandonment |
| 12/7/10 | Prepare and Provide Wire Instructions (RE) |
| 12/11/10 | Nov bank reconciliation |
| 12/30/10 | Prepare and File Notice of Abandonment for (3) Properties |
| 1/3/11 | review correspondence & organize |
| 1/14/11 | December bank reconciliation |
| 1/30/11 | rev of limited POA; t/cw/ EAB |
| 2/11/11 | January bank reconciliation |
| 2/17/11 | review correspondence & organize |
| 3/10/11 | February bank reconciliation |
| 3/10/11 | February bank reconciliation |
| 3/21/11 | review correspondence & organize |
| 4/15/11 | March bank reconciliation |
| 5/17/11 | review correspondence & organize |
| 5/19/11 | April bank reconciliation |
| 6/15/11 | May bank reconciliation |
| 6/20/11 | rev email re: Rodon statement; complete form |
| 6/20/11 | t/cw/ JS re: closing questions |
| 7/19/11 | review correspondence & organize |
| 7/20/11 | June bank reconciliation |
| 8/22/11 | review correspondence & organize |
| 9/1/11 | July bank reconciliation |
| 9/15/11 | Aug bank reconciliation |
| 10/21/11 | Sept bank reconciliation |
| 11/9/11 | October bank reconciliation\ |
| 11/9/11 | meet w/ DD re: GE check, process check |
| 12/29/11 | November bank reconciliation |
| 1/30/12 | email re: Deutchman appt |
| 2/10/12 | December bank reconciliation |
| 2/27/12 | January bank reconciliation |
| 3/15/12 | February bank reconciliations |
| 3/23/12 | Email requesting supporting documents re: collections |
| 4/27/12 | Provide payment information re: William Deutchman (RE) |
| 5/2/12 | Provide status of payment to William Deutchman (RE) |
| 5/25/12 | Bank Reconciliation for April, 2012 |
| 6/20/12 | Bank Reconciliation for May 2012 |
| 7/2/12 | work on Form 1 & 2 |
| 7/18/12 | Bank Reconciliation for June, 2012 |

Giuliano Miller & Company, LLC

Invoice #:   22500
Client ID:   73043

| Date | Description |
|---|---|
| 7/24/12 | prepare response to UST re: TFR date |
| 8/30/12 | review correspondence & organize |
| 8/31/12 | July bank reconciliation |
| 9/21/12 | August bank reconciliation |
| 10/11/12 | Sept bank reconciliation |
| 10/30/12 | Email copy of abandonment to Daniel Drake at Ffayette Company for 20 S. Main Street, Jeffersonville, OH 45459 |
| 11/9/12 | Oct bank reconciliation |
| 12/14/12 | Nov bank reconciliations |
| 1/18/13 | December bank reconciliation |
| 2/26/13 | January bank reconciliation |
| 3/13/13 | February bank reconciliation |
| 6/10/13 | Bank Reconciliation April, 2013 |
| 6/14/13 | Bank Reconciliation May, 2013 |
| 7/11/13 | June bank reconciliation |
| 8/13/13 | July bank statement & bank reconciliation |
| 9/13/13 | August bank reconciliation |
| 10/7/13 | Email to EB re: Stern & Eisenberg, PC. |
| 10/10/13 | Sept bank reconciliation |
| 10/14/13 | Provide documents to Mark Fiore re: Stern & Eisenberg, PC |
| 11/14/13 | October bank reconciliation |
| 12/10/13 | November bank reconciliation |
| 1/21/14 | December bank reconciliation |
| 2/12/14 | January bank reconciliation |
| 3/13/14 | February bank reconciliation |
| 4/24/14 | March bank reconciliation |
| 5/14/14 | April bank reconciliation |
| 6/12/14 | May bank reconciliation |
| 7/23/14 | Claims Review |
| 7/24/14 | Claims Review |
| 7/28/14 | Claims Review |
| 8/4/14 | Make copies 2009 thru June 2014 bank statements |
| 8/4/14 | Email to LB at Clerk's Office regarding claim #'s 76 & 77 |
| 8/4/14 | Prepare TFR |
| 8/5/14 | Email to MW re: Outstanding Fees |
| 8/5/14 | Prepare TFR |
| 8/6/14 | Email to Claimant re: Claim No.: 207 |
| 8/7/14 | meet w/ DD re: case closing claims |
| 8/8/14 | Email to WD re: Outstanding Fees |
| 8/8/14 | Email to RE re: Insurance |
| 8/8/14 | Prepare TDR |

Giuliano Miller & Company, LLC

| | | Invoice #: | 22500 |
|---|---|---|---|
| | | Client ID: | 73043 |
| 8/8/14 | Travel to/from Bankruptcy Court | | |
| 8/8/14 | Prepare Distribution | | |
| 8/23/14 | July bank reconciliation | | |
| 9/10/14 | Aug bank reconciliation | | |