# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
UM Capital, LLC  
6701 Carmel Road Suite 110  
Charlotte, NC 28226  
 **EIN:** 20–3513527

**Chapter:** 7

**Case No.:** 09–10601–CSS

## FINAL DECREE

The estate of the above−named debtor(s) has been fully administered.

IT IS ORDERED THAT:

The Chapter 7 Trustee is hereby discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

This case is hereby closed.

_____  
Christopher S. Sontchi  
Bankruptcy Judge

Dated: 4/12/16

(VAN−467a)